**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HUGHES BROTHERS
CONSTRUCTION, INC.,

       Plaintiff,

v.                                      Case No:   6:22-cv-1357-WWB-LHP

DIAMOND PLASTICS
CORPORATION and FERGUSON
ENTERPRISES, LLC,

       Defendants

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** RENEWED UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO DISCLOSE EXPERTS, EXPERT SUMMARIES, AND REPORTS (Doc. No. 63)
>
> **FILED:** March 27, 2024
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.[1]

---

[1] The Court notes that the renewed motion still fails to comply with Local Rule 3.01(a).  For the sake of judicial efficiency, and given the lack of opposition, the Court has

The deadline for Defendant Diamond Plastics Corporation's disclosure of expert reports, *see* Doc. Nos. 14, 57, is extended up to and including **April 11, 2024**. This deadline will not be further extended. No other deadlines—including the April 5, 2024 discovery deadline and the May 7, 2024 dispositive motions deadline—are extended by this Order. Nor will this Order provide good cause to support a request for an extension of any remaining deadlines in this case. *See also* Doc. No. 63, at 3 ("No party will use the granting of the extension of time in support of a motion to extend another date or deadline.").

**DONE** and **ORDERED** in Orlando, Florida on March 28, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

elected to consider the motion on the merits despite this deficiency. Defendant is cautioned, however, that future filings that fail to comply with all applicable Federal Rules of Civil Procedure, Local Rules, and/or Court Orders may be stricken or summarily denied without further notice. *See also* Doc. No. 3.